JAMES R. WATTS, RESPONDENT, *v.* WILLIAM B. HILTON, APPELLANT.

JOSEPH M. WOODS, RESPONDENT, *v.* WILLIAM B. HILTON, APPELLANT.

*Complaint — when facts showing cause of action for libel and malicious prosecution may be joined in.*

Where the complaint set forth a series of acts on the part of the defendant, all aimed at, and seeming and charged to be for effecting, one object, the different acts being the publication of a libel against the plaintiff, and maliciously causing his arrest: *held*, that a demurrer interposed to the complaint, on the ground that there was an improper joinder of causes of action, and that the complaint did not state facts sufficient to constitute a cause of action, was properly overruled.

APPEAL from orders, made at the Special Term, overruling demurrers to the complaints in the above entitled actions.

*George W. Parsons*, for the appellant.

*Treadwell & Cleveland*, for the respondents.

Opinion by DONOHUE, J.

Orders affirmed, with costs.